FILED
2006 Jan-11 PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **NATHANIEL SCROGGINS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **4:03-cv-01849-PWG** |
| **WARDEN RALPH HOOKS;** | ) | |
| **ATTORNEY GENERAL FOR THE** | ) | |
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM OPINION**

On December 15, 2005 the magistrate judge's findings and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. On January 4, 2006 petitioner filed objections to the magistrate judge's findings and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. Accordingly, an order DENYING the petition for writ of habeas corpus pursuant will be entered separately.

Done the 11th day of January, 2006.

_____
U.W. Clemon
Chief United States District Judge